## LAMB *v.* THE STATE.

The charge on which the accused was tried being an assault with intent to murder by cutting with a razor, and the evidence on behalf of the State, if credited by the jury, showing that the offence was committed, and the evidence on behalf of the accused, if credited, showing that the cutting was done in self-defence, and the jury having returned a verdict of guilty, the trial court did not abuse its discretion in overruling the motion for a new trial.

October 8, 1892.                                        *Judgment affirmed.*

Before Judge FALLIGANT. Chatham superior court. March term, 1892.

Conviction of assault with intent to murder; new

trial denied.   The sole grounds of the motion were, that the verdict was contrary to law and evidence.

CHAMPION & GARMANY, for plaintiff in error.

W. W. FRASER, solicitor-general, by T. P. RAVENEL, *contra.*